UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Bert John Allen, III</u>

    v.                                            Case No. 21-cv-155-JL

<u>US Department of Homeland Security</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 5, 2021.

_____
Joseph N. Laplante
United States District Judge

Date: August 11, 2021

cc:   Bert John Allen, III, pro se
       Terry Ollila, AUSA